# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIM NAVARRO,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al*.,

    Defendants.

Case No. 2:17-CV-00650-KJD-VCF

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#10) of Magistrate Judge Cam Ferenbach entered April 21, 2017, recommending that Plaintiff's complaint be dismissed with prejudice. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#10) of the United States Magistrate Judge entered April 21, 2017, should be **ADOPTED** and **AFFIRMED**.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#10) entered April 21, 2017, are **ADOPTED** and **AFFIRMED;**

    IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff**.**

DATED this 10th day of May 2017.

                                                                   Kent J. Dawson
                                                                   United States District Judge